FILED

DEC 12 2016

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY MICHAEL LEO,<br><br>Defendant. | CR 15-66-BLG-SPW<br><br>ORDER |

Upon Defendant's Unopposed Motion for Leave to file Exhibits Under Seal (Doc. 42), and for good cause being shown,

IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED**. Defendant shall be allowed to file the exhibits to his sentencing memorandum under seal.

DATED this 12th day of December, 2016.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1