


Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-66-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JEFFREY MICHAEL LEO, | |
| Defendant. | |

Upon Defendant's Unopposed Motion for Leave to file Response Under Seal (Doc. 46), and for good cause being shown,

IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED**. Defendant shall be allowed to file his response to the Government's Motion and the attached exhibit under seal.

DATED this _14th_ day of December, 2016.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE