IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY MICHAEL LEO,<br><br>Defendant. | Case No. CR-15-66-BLG-SPW<br><br>ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE |

Upon Defendant's Motion for Early Termination of Supervised Release (Doc. 73) and pursuant to Title 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good causing appearing,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Jeffrey Michael Leo's term of supervised release is terminated as of the date of this order.

DATED this 11 day of July, 2023.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE